UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RENE A. GUZMAN                                                                                          PLAINTIFF

v.                                              No. 2:20-CV-02145

ANDREW SAUL, Commissioner,
Social Security Administration                                                                      DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 23) from United States Magistrate Judge Mark E. Ford.  The Magistrate recommends that the Court grant Defendant's motion to remand.  Plaintiff's counsel has informed the Court that no objections are forthcoming, and the Court need not wait until the deadline to object has passed to rule on this matter.  The report and recommendations (Doc. 23) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to remand (Doc. 21) is GRANTED and this case is REMANDED to the Commissioner for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 3rd day of May, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE