UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RENE A. GUZMAN                                                              PLAINTIFF

v.                                No. 2:20-CV-02145

ANDREW SAUL, Commissioner,
Social Security Administration                                    DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED this 3rd day of May, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE